374 A.2d 727

Scranton v. Levit, et al., Appellants.

Argued December 9, 1976.   Elizabeth McKenna Iannelli, with her John J. O'Brien, Jr., for appellants;  Alan Schwartz, with him M. Mark Mendel, for appellee.

Judgment affirmed.

SPAETH, J., absent.